**Form G16**

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>Tomasz Markut | **DEFENDANTS**<br>Dragan Micic |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Corbin Law Firm, LLC<br>2500 E. Devon Ave., Ste. 200<br>Des Plaines, IL 60018 | **ATTORNEYS** (If Known)<br>Anthony J. Peraica & Associates, Ltd.<br>5130 South Archer Ave.<br>Chicago, IL 60632 |
| **PARTY** (Check One Box Only)<br>☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>■ Creditor  ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>■ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Plaintiff's complaint pursuant to 11 U.S.C. § 523(a)(6) and F. R. Bankr. P. Rule 7001, to determine the dischargeability of a debt consisting of unliquidated damages for bodily injuries arising out of Defendant's intentional conduct upon Plaintiff.

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
■ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand  $ |
| Other Relief Sought | |

**B1040 (FORM 1040) (12/15)**

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>Dragan Micic | BANKRUPTCY CASE NO.<br>19-10717 | | |
| DISTRICT IN WHICH CASE IS PENDING<br>Northern | DIVISION OFFICE<br>Eastern | NAME OF JUDGE<br>Hon. Jack B. Schmetterer | |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. | |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE | |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>/s/ Arthur Corbin | | | |
| DATE<br>8/6/2019 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Arthur Corbin<br>Attorney for Plaintiff-Creditor | | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Dragan Micic,<br><br>    Debtor. | Bankruptcy Case No. 19-10717<br><br>Chapter 7<br><br>Honorable Jack B. Schmetterer |
| Tomasz Markut,<br><br>    Plaintiff,<br>vs.<br><br>Dragan Micic,<br><br>    Defendant. | Adversary No. 19 A _____ |

## COMPLAINT TO DETERMINE DISCHARGEABILITY OF A DEBT

### Preliminary Statement

1. This is a complaint for determination of dischargeability of a debt pursuant to 11 U.S.C. § 523(a)(6) and F.R. Bankr. P. 7001.

### Jurisdiction and Venue

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334, in that this action arises in and relates to

the bankruptcy case, *In re Micic,* 19 B 10717 (the "Bankruptcy Case") pending before this Court.

3. Venue is proper in this district under 28 U.S.C. § 1409(a).

4. Plaintiff consents to entry of final orders or judgment by the bankruptcy court.

## Parties

5. Tomasz Markut, the plaintiff ("Plaintiff"), is a creditor in the Bankruptcy Case and an individual who resides in Cook County, Illinois.

6. Defendant, Dragan Micic ("Defendant"), is the debtor in the Bankruptcy Case, and an individual who resides in Cook County, Illinois.

## Statement of Facts

7. On or about December 11, 2015, at approximately 8:10 a.m. Plaintiff was lawfully upon the sidewalk abutting the address commonly known as 4849 N. Natchez Ave., Chicago, IL 60656, in the City of Chicago, Cook County, Illinois.

8. On or about the same date and time Defendant was also present in the area of 4849 N. Natchez Ave., Chicago, IL 60656.

9. On information and belief Defendant resided at the property.

10. At all relevant times the Plaintiff was the neighbor of the Defendant.

11. Defendant confronted Plaintiff and complained about the location of Plaintiff's vehicle which was legally parked upon the public way.

12. During the confrontation Defendant physically attacked Plaintiff.

13. Defendant shoved Plaintiff in the chest and using his forehead made contact with the Plaintiff's head and face.[1]

14. Plaintiff did not want nor invite the physical attacks.

15. As a direct and proximate result of Defendant's physical attacks, Plaintiff suffered bodily injuries including, but not limited to, injuries to his neck, head, teeth, gums, face, and nose.

16. Damages for the injuries Defendant caused to Plaintiff have not yet been liquidated.

17. However, on December 11, 2017, Plaintiff filed a complaint seeking damages against Defendant in the Circuit Court of Cook County,

---

[1] Defendant "headbutted" Plaintiff.

County Department, Law Division, captioned *Tomasz Markut vs. Dragan Micic,* and assigned Case No. 2017 L 012602. *Please see* the state court complaint attached as **Exhibit "A."**

18. Defendant's bankruptcy filing stayed the state court action.

19. Illinois statute provides that "(a) A person commits battery if he or she knowingly without legal justification by any means (1) causes bodily harm to an individual or (2) makes physical contact of an insulting or provoking nature with an individual." 720 ILCS 5/12-3.

20. Defendant knowingly without legal justification caused bodily harm to Plaintiff.

21. Defendant knowingly without legal justification made physical contact of an insulting or provoking nature with Plaintiff.

## Determination of Discharbeability — § 523(a)(6)

22. Defendant caused Plaintiff's injuries.

23. Defendant intended to cause Plaintiff's injuries.

24. Defendant acted willfully in causing Plaintiff's injuries.

25. Defendant acted maliciously in causing Plaintiff's injuries.

26. In causing Plaintiff's injuries, Defendant acted in conscious disregard of his duties.

27. In causing Plaintiff's injuries, Defendant acted without just cause or excuse.

WHEREFORE, Plaintiff, Tomasz Markut, prays that this Court:

A. Determine that the debt due Plaintiff, Tomasz Markut, is nondischargeable pursuant to 11 U.S.C. 523(a)(6); and

B. Grant such other and further relief the Court deems proper and just.

Respectfully submitted,

Dated: August 6, 2019

By: __/s/Arthur Corbin__
Arthur Corbin ARDC #6305658
Attorney for Plaintiff-Creditor

CORBIN LAW FIRM, LLC
2500 E. Devon Ave. Ste. 200
Des Plaines, IL 60018
Tel: 773-570-0054 Fax: 773-570-5449