# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> DRAGAN MICIC, <br><br>                   Debtor(s). | Chapter 7 <br> Bankruptcy No. 19-10717 <br> Honorable Judge Jack B. Schmetterer |
| TOMASZ MARKUT, <br><br>                   Plaintiff(s). <br><br>       v. <br><br> DRAGAN MICIC, <br><br>                   Defendant(s). | Adversary No. 19-00887 |

**ORDER ON MOTION TO STRIKE AFFIRMATIVE DEFENSES [DKT. NO. 24]**

IT IS HEREBY ORDERED THAT:

1. Defendants's request for leave to file proposed Amended Answer and Affirmative Defenses [DKT. No. 31] is granted.
2. Plaintiff's Motion to Strike Affirmative Defenses shall apply to the Amended Affirmative Defenses but is DENIED, allowing those amended defenses to stand.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

DATED: 10 MAR 2020