# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **In re:** | ) |
| | ) |
| **DRAGAN MICIC,** | ) |
| | ) **Case No. 19-10717** |
| Debtor. | ) **Chapter 7** |
| | ) **Judge Schmetterer** |
| | ) |
| | ) |
| | ) |

| | |
|---|---|
| **THOMASZ MARKUT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| **DRAGAN MICIC,** | ) |
| | ) **Case No. 19-00887** |
| Defendant. | ) **Judge Schmetterer** |
| | ) |
| | ) |

## NOTICE OF MOTION

To:
Arthur Corbin
Corbin Law Firm, LLC
2500 E. Devon Ave., Ste. 200
Des Plaines, IL 60018
arthur@corbin-law.com

Anthony J Peraica
Anthony J. Peraica & Associates, Ltd.
5130 South Archer Avenue
Chicago, IL 60632
peraicalaw@aol.com

PLEASE TAKE NOTICE that on May 5, 2020, at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judhe Jack B. Schmetterer in Room 682 719 of the United States Bankruptcy Court for the Northern District of Illinois, Dirksen Federal Building, 219 S. Dearborn, Chicago, IL and then and there present the attached **MOTION FOR LEAVE TO APPEAR AS ADDITIONAL COUNSEL**, and seek the relief prayed for therein.

Name:     Bradley H. Foreman            Attorney for Plaintiff
Address:  900 West Jackson          City: Chicago, IL 60607
Telephone: (312) 948-8126

### CERTIFICATE OF SERVICE

I, Bradley H. Foreman, the attorney, certify that on April 29, 2020, I served this document Via ECF to those parties noted above who have consented to such method of notice.

/s/ Bradley H. Foreman

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| DRAGAN MICIC, ) | |
| ) | **Case No. 19-10717** |
| Debtor. ) | **Chapter 7** |
| ) | **Judge Schmetterer** |
| ) | |
| ) | |
| ) | |

| | |
|---|---|
| THOMASZ MARKUT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DRAGAN MICIC, ) | |
| ) | **Case No. 19-00887** |
| Defendant. ) | **Judge Schmetterer** |
| ) | |
| ) | |

## MOTION FOR LEAVE TO APPEAR AS ADDITIONAL
## COUNSEL FOR PLAINTIFF

Bradley H. Foreman, attorney, moves this Court to enter an order allowing him to appear as additional counsel for Plaintiff in this adversary proceeding, and in support thereof states as follows:

1. Plaintiff filed this Adversary Complaint against the Debtor on or about August 6, 2019. The matter arises out of an alleged assault occurring on December 11, 2015. Plaintiff alleges that Debtor assaulted him and that he suffered injuries. Plaintiff seeks an order excepting his claim for injuries from Debtor's discharge.

2. Plaintiff has retained Bradley H. Foreman as additional counsel fo the trial of this matter. Mr. Foreman is a member in good standing of this Court's trial bar.

WHEREFORE, Plaintiff prays that this Court enter an allowing Bradley H. Foreman to appear as additional counsel for Plaintiff in this matter.

**THOMASZ MARKUT**

By One of His Attorneys
/s/ Bradley H. Foreman

Bradley H. Foreman
The Law Offices of Bradley H. Foreman, P.C.
900 West Jackson Blvd.
Suite 7E
Chicago, IL 60607
(312) 948-8126
brad@foremanlawoffice.com