IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| The matter of DRAGAN MICIC, | ) | Case No. 19-10717 |
| Debtor. | ) | Chapter 7 |
| | ) | |
| TOMASZ MARKUT, | ) | |
| Plaintiff, | ) | Adversary Proceeding No. 19-887 |
| v. | ) | |
| DRAGAN MICIC, | ) | Honorable Jack B. Schmetterer |
| Defendant. | ) | Courtroom 682 |

**STATEMENT OF FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

1. Tomasz Markut, the plaintiff ("Plaintiff"), is a creditor in the Bankruptcy Case and an individual who resides in Cook County, Illinois.

2. Defendant, Dragan Micic ("Defendant"), is the debtor in the Bankruptcy Case, and an individual who resides in Cook County, Illinois.

3. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§157 and 1334, in that this action arises in and relates to the bankruptcy case, In re Micic, 19 B 10717 (the "Bankruptcy Case") pending before this Court.

4. Venue is proper in this district under 28 U.S.C. §1409(a).

5. On or about December 11, 2017, Plaintiff Tomasz Markut filed a lawsuit in the Circuit Court of Cook County against the Debtor Dragan Micic for claims sounding in, *inter alia*, negligence, breach of contract, and intentional tort arising out of an alleged physical altercation on or about December 11, 2015 (See Ex. A to Plaintiff's Adversary Complaint, Doc. # 1-1) (hereinafter "state court action").

6. The state court action is still pending in the Circuit Court of Cook County.

7.	On April 12, 2019, Debtor Dragan Micic filed for Chapter 7 bankruptcy (BK Case No. 19-10717, Doc. # 1).

8.	The Rule 341 meeting of creditors took place on or about June 29, 2019 and the Trustee filed a no asset report (BK Case No. 19-10717, Doc. # 29).

9.	On August 7, 2019, Debtor Dragan Micic was discharged in bankruptcy and the order was entered on August 9, 2019 (BK Case No. 19-10717, Doc. # 31).

10.	On August 6, 2019, Plaintiff Tomasz Markut filed an adversary complaint to determine dischargability of a debt under 11 U.S.C. § 523(a)(6) for willful and malicious injury (Doc. # 1).

11.	On August 9, 2019, Plaintiff filed a motion to modify discharge injunction to resume prosecuting his state court cause of action for injuries arising "out of Debtor's negligent conduct" and represented that he "will only prosecute the count arising out of Debtor's negligence," that he "will only prosecute the Negligence Cause of Action to the extent insurance proceeds are available to compensate Creditor for his injuries and damages, and to establish Debtor's liability for negligence," and that he "will only prosecute the state court action to the extent necessary to establish Debtor's negligence and will only seek recovery from Debtor's insurer and not from Debtor personally, or from Debtor's property, or from the property of the estate." (BK Case No. 19-10717, Doc. # 32, ¶¶ 6, 8, 9, and 19).

12.	On August 15, 2019, this Court modified the order of discharge based on Plaintiff's representation that he was only pursuing negligence claims against the Defendant for purposes of insurance proceeds. (BK Case No. 19-10717, Doc. # 35) ("The discharge injunction *** is modified to allow Creditor to resume his cause of action for negligence against Debtor

\*\*\*, to establish Debtor's liability for negligence and to recover damages from Debtor's insurer \*\*\*.").

Respectfully Submitted,

s/ Anthony J. Peraica  
Anthony J. Peraica

Anthony J. Peraica, #6186661  
Anthony J. Peraica & Associates, Ltd.  
5130 S. Archer Avenue  
Chicago, Illinois 60632  
Phone: (773) 735-1700  
Fax: (773) 585-3035  
PeraicaLaw@aol.com

## CERTIFICATE OF SERVICE

I, Anthony J. Peraica, counsel for the Defendant-Debtor, hereby certify that the foregoing document was served upon all attorneys of record on June 4, 2020 via the CM/ECF system.

s/ Anthony J. Peraica  
Anthony J. Peraica

Anthony J. Peraica, #6186661  
Anthony J. Peraica & Associates, Ltd.  
5130 S. Archer Avenue  
Chicago, Illinois 60632  
Phone: (773) 735-1700  
Fax: (773) 585-3035  
PeraicaLaw@aol.com