IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **DRAGAN MICIC,** ) | |
| ) | **Case No. 19-10717** |
| Debtor. ) | **Chapter 7** |
| ) | **Judge Schmetterer** |
| ) | |

| | |
|---|---|
| **THOMASZ MARKUT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| **DRAGAN MICIC,** ) | |
| ) | **Case No. 19-00887** |
| Defendant. ) | **Judge Schmetterer** |
| ) | |
| ) | |

## MOTION FOR LEAVE TO APPEAR AS ADDITIONAL COUNSEL FOR PLAINTIFF

Robert P. Groszek, attorney, moves this Court to enter an order allowing him to appear as additional counsel for Plaintiff in this adversary proceeding, and in support thereof states as follows:

1. On December 11, 2017, Plaintiff Thomas Markut by and through his counsel, Robert P. Groszek, filed his four-count complaint for Tort, Intentional Tortious Conduct, Willful and Wanton Conduct, and Breach of Contract against the Defendant, Dragan Micic ("Debtor"), in the Circuit Court of Cook county.

2. Plaintiff filed this Adversary Complaint against the Debtor on or about August 6, 2019 seeking an order excepting Plaintiff's claim for injuries from Debtor's discharge.

3. Robert P. Groszek is licensed to practice in the following jurisdictions:

    a. The State of Illinois since December 10th, 2002;

    b. The United States District Court for the Central District of Illinois since December 29, 2004;

    c. The United States District Court for the Northern District of Illinois since February 5, 2004;

    d. The United States District Court for the Northern District of Indiana since February 13, 2004; and

    e. The United States 7th Circuit Court of Appeals since July 25, 2014.

4. Robert P. Groszek is currently a member in good standing in all aforementioned jurisdictions.

WHEREFORE, Plaintiff prays that this Court enter an order allowing Robert P. Groszek to appear as additional counsel for Plaintiff in this matter.

.

Respectfully Submitted,

/s/ Robert P. Groszek
Attorney for Thomasz Markut

Groszek Law Firm
3601 N. Pulaski Rd.
Chicago, IL 60641
Attorney No, 41712
Tel./E-Fax 773 267 6100
info@groszeklaw.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>  Dragan Micic,<br><br>          Debtor. | Bankruptcy Case No. 19-10717<br><br>Chapter 7<br><br>Honorable Jack B. Schmetterer |
| Tomasz Markut,<br><br>          Plaintiff,<br>vs.<br><br>  Dragan Micic,<br><br>          Defendant. | Adversary No. 19 A 00887 |

## NOTICE OF MOTION

To:   See attached Service List

PLEASE TAKE NOTICE that on **June 30, 2020, at 10:00 a.m.**, I will appear before the Honorable Jack B. Schmetterer, or any judge sitting in that judge's place, and present the Plaintiff-Creditor's Motion for Leave to Appear as Additional Counsel for Plaintiff, a copy of which is attached.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

DATED: 06.23.20

                                            */s/ Robert P. Groszek*

                                            Robert P. Groszek

Robert P. Groszek, ARDC #6278818

Groszek Law Firm

3601 N. Pulaski Rd.

Chicago, IL 60641

Tel./E-Fax 773 267 6100

info@groszeklaw.com


# CERTIFICATE OF SERVICE

I, Luiza Vakhitova, a legal assistant, declare under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on June 24, 2020.

                                            */s/ Luiza Vakhitova*

                                            Luiza Vakhitova


# SERVICE LIST

**Parties Served via** Court's Electronic Notice for Registrants:

- Anthony J. Peraica, Anthony J. Peraica & Associates, Ltd., 5130 S. Archer Ave., Chicago, IL 60632, for Dragan Micic

- Arthur Corbin, Corbin Law Firm, LLC, 2500 E. Devon Ave., Ste. 200, Des Plaines, IL 60018

- Bradley H. Foreman, The Law Offices of Bradley H. Foreman, P.C., 900 West Jackson Blvd., Suite 7E, Chicago, IL 60607