# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| The matter of DRAGAN MICIC, | ) | Case No. 19-10717 |
| Debtor. | ) | Chapter 7 |
| _____ | ) | |
| TOMASZ MARKUT, | ) | |
| Plaintiff, | ) | Adversary Proceeding No. 19-887 |
| v. | ) | |
| DRAGAN MICIC, | ) | Honorable Jack B. Schmetterer |
| Defendant. | ) | Courtroom 682 |

## NOTICE OF OBJECTION

TO:   Arthur Corbin                      Bradley H. Foreman
      Corbin Law Firm, LLC               The Law Offices of Bradley H. Foreman, P.C.
      2500 E. Devon Ave., Ste. 200       900 W. Jackson Blvd., Ste. 7e
      Des Plaines, IL 60018              Chicago, IL 60607
      arthur@corbin-law.com              brad@foremanlawoffice.com

      Robert P. Groszek
      Groszek Law Firm
      3601 N. Pulaski Rd.
      Chicago, IL 60641
      info@groszeklaw.com

   PLEASE TAKE NOTICE that on Tuesday, June 30, 2020, at 10:00 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Jack B. Schmetterer, Bankruptcy Judge, or any other judge sitting in his stead, BY TELEPHONE through court-solutions.com, and then and there object to Plaintiff's Motion for Leave to Appear as Additional Counsel for Plaintiff.

                                          s/ Anthony J. Peraica
                                          Anthony J. Peraica

Anthony J. Peraica, #6186661
Anthony J. Peraica & Associates, Ltd.
5130 S. Archer Avenue
Chicago, Illinois 60632
Phone: (773) 735-1700
Fax: (773) 585-3035
support@peraica.com

## CERTIFICATE OF SERVICE

      I, Anthony J. Peraica, counsel for the Defendant-Debtor, hereby certify that the foregoing document were served upon all attorneys of record as listed above on June 25, 2020 via the CM/ECF system.

                                                    s/ Anthony J. Peraica
                                                    Anthony J. Peraica

Anthony J. Peraica, #6186661
Anthony J. Peraica & Associates, Ltd.
5130 S. Archer Avenue
Chicago, Illinois 60632
Phone: (773) 735-1700
Fax: (773) 585-3035
support@peraica.com