## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-10717 |
| Dragan Micic, | Chapter 7 |
| Debtor. | Honorable Jack B. Schmetterer |
| Tomasz Markut, | |
| Plaintiff, | |
| vs. | Adversary No. 19 A 00887 |
| Dragan Micic, | |
| Defendant. | |

### NOTICE OF FILING

To: Anthony J. Peraica, Anthony J. Peraica & Associates, Ltd., 5130 S. Archer Ave., Chicago, IL 60632

PLEASE TAKE NOTICE that on June 30, 2020, I have caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, the attached **Plaintiff's Response to Defendant's Motion for Summary Judgment**, a copy of which is served on you.

DATED: June 30, 2020

TOMASZ MARKUT

By:  */s/ Arthur Corbin*
Arthur Corbin, ARDC #6305658
One of his attorneys

Arthur Corbin #6305658
CORBIN LAW FIRM, LLC
2500 E. Devon Ave., Ste. 200
Des Plaines, IL 60018
Tel: (773) 570-0054
arthur@corbin-law.com

**CERTIFICATE OF SERVICE**

I, Arthur Corbin, an attorney, certify that I caused complete copies of this Notice and attachments to be electronically served upon the party above and all other parties receiving noticing via the court's CM/ECF system on June 30, 2020.

                                                                                                                                       */s/ Arthur Corbin*
                                                                                                                                       Arthur Corbin, ARDC #6305658