## List of Exhibits

| Exhibit Letter and Description | How admitted | Offered | Objection | Received |
|---|---|---|---|---|
| 1. Exhibit A- text message sent by Defendant to Plaintiff on December 11, 2015 (1 page). | | | | |
| 2. Exhibit B –Scene photo showing no parking zone. (7 pages) | | | | |
| 3. Exhibit C- Scene and Map from Micic dep. (6 pages) | | | | |
| 4. Exhibit D -photos that show injuries caused to Plaintiff by Defendant on December 11, 2015 (4 pages). | | | | |
| 5. Exhibit E- Royal Dental medial Records | | | | |
| 6. Exhibit F,- medical records and bill for amount of $ 1,080 paid by Plaintiff for services rendered by Midwest Anes Partners. | | | | |
| 7. Exhibit G, G-1- medical records and bills for amount of $ 2668 paid by Plaintiff for services rendered by Ear Nose and Throat Center. | | | | |
| 8. Exhibit H, H-1- medical records and bill for amount of $ 6,819 paid by Plaintiff for services rendered by Illinois Sports Medicine and Orthopedic Surg. | | | | |
| 9. Exhibit I, bill for amount of $ 37.00 paid by Plaintiff for services rendered by Midwest Imaging Professionals. | | | | |
| 10. Exhibit J - medical records and bill for amount of $ 2,668 paid by Plaintiff for services rendered by Royal Dental Care | | | | |
| 11. Exhibit K- bill for amount of $ 248 paid by Plaintiff for services rendered by Resurrection Medical Center. | | | | |
| 12. Exhibit L- medical records and bill paid by Plaintiff for services rendered by New You Medical Clinic. | | | | |
| 13. Deposition of Dragan Micic | | | | |
| 14. Caselaw: Ogden v. Claycomb (Battery) | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |