IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>DRAGAN MICIC,<br><br>Debtor. | Chapter 7<br>Bankruptcy NO. 19-10717<br>Honorable Judge Jack B.<br>Schmetterer |
| TOMASZ MARKUT,<br><br>Plaintiff,<br><br>v.<br><br>DRAGAN MICIC,<br><br>Defendant. | Adversary No.19-00887 |

## STATEMENT OF THE CASE

This lawsuit arises out of a confrontation that occurred on December 11, 2015, when Defendant, DRAGAN MICIC, approached Plaintiff, TOMASZ MARKUT, and complaints of the location of Plaintiff's vehicle. During the confrontation, Defendant caused unwanted physical contact to occur with the Plaintiff. Defendant Micic suffered no injury. As a result of the confrontation, Plaintiff was had a broken nose and teeth, needing implants. Defendant denies the nature and extent of the Plaintiff's injuries and damages.

## Witness List

1.**Tomasz Markut**
**The Plaintiff can be reached through his attorneys at the Groszek Law Firm.**

The Plaintiff will testify as to the following: The location of the incident, the text messages to and from dragan Micic, the times of Micic calling, the no parking

zone where Micic parked that morning, that Markut walked directly to his vehicle using the public walkway and that at the time of the incident, Markut was walking towards his car and that Micic unavoidably walked in front of Markut to stop him and prevent Markut from getting to his car. That Micic pushed and head butted Markut in a rage. Markut will testify about the telephone calls from Micic that morning, the text messages, and also the apology to him and his family later that evening. To the extent that it is raised, he will testify as to his knowledge of the incident; the scene; the conditions at the scene; how the battery happened; what happened upon battery; what happened after the battery; any conversation with Defendant(s) and/or agents of the same; the actions of Defendant/agents of the Defendants before and after the incident; damages; how this occurrence has affected normal life; the pain and suffering resulting from the incident and injuries; the loss of normal life; conversations with any party regarding the matters herein; and any conversation overheard. Plaintiff will testify consistent to his deposition. Mr. Markut will testify as to the immediate bills and medical records incurred regarding a broken nose and broken teeth. He will set the foundation for such documentation.

## 2. Dragan Micic

Mr. Micic testify as to the following: knowledge of the incident; the scene; the conditions at the scene; how the battery happened; what happened upon battery; and/or negligence; what happened after the incident; any conversation with Defendant(s) and/or agents of the same; the actions of Defendant/agents of the Defendants before and after the accident; damages; how this occurrence has affected Plaintiff's normal life; Plaintiff's pain and suffering resulting from the incident and injuries; the loss of Plaintiff's normal life; conversations with any party regarding the matters herein; and any conversation overheard. Mr. Micic will testify consistent to his deposition.

## 3. Tina Nikolayevich
4847 N. Natchez
Chicago, IL


Ms. Nikolayevich is a neighbor of Defendant. She can testify about usual abnormal Defendant's behavior. The fact that Micic disliked Markut prior to the beating. That Markut typically parks his vehicles in his own garage and Micic parks his work truck in front of his own house. That Dragan Micic on that day, did not park his truck in front of his own house because Plaintiff Markut parked there. That plaintiff parked his vehicle in a public parking spot. That she never saw Markut strike Micic and they have never made physical contact prior.