# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Case No. 19-10717 |
|    The matter of DRAGAN MICIC, | ) ) | Chapter 7 |
|    Debtor. | ) | |
| | ) ) | Adversary Proceeding No. 19-887 |
| _____ | ) | |
| TOMASZ MARKUT, | ) | Honorable Jack B. Schmetterer |
|    Plaintiff, | ) | Courtroom 682 |
| | ) | |
| v. | ) ) ) | |
| | ) | |
| DRAGAN MICIC, | ) | |
|    Defendant. | ) | |

## **STIPULATIONS OF FACT**

1. On Friday, December 11, 2015, Defendant-Debtor Dragan Micic resided at 4849 North Natchez Avenue, Chicago, Illinois 60567.

2. At the time, Micic weighed about 185 pounds and was 5 feet 9 inches tall.

3. On December 11, 2015, Micic's phone number was 773-787-7547.

4. On December 11, 2015, Plaintiff Tomasz Markut resided two doors south from Micic's residence on North Natchez Avenue, i.e. there was one home between their residences.

5. Micic usually parked his work van on the public way in front of his own residence, on the same side of the street.

6. On the evening of December 10, 2015, Micic parked his van across the street from his residence facing southbound on North Natchez Avenue.

7. The area where Micic parked is a tow zone with no parking from 7:00 a.m. to 4:30 p.m. on school days.

8. Micic parked across the street because there was no parking available on the side of the street of his residence when he returned home from work and the height of his garage door would not accommodate his van.

9. On the morning of December 11, 2015, Markut's vehicle was parked facing northbound on North Natchez Avenue, directly in front of and on the same side of the street Micic's residence.

10. On the morning of December 11, 2015, There were no other spaces on the same side of the street as Micic's residence available for Micic to relocate his van.

11. The front door of Micic's residence opens out to a small porch with 6 steps leading down to a walkway that continues straight forward to the street, with a sidewalk parallel to the street crossing the walkway between the steps and the street.

12. Some time before 8:00 a.m., Micic called Markut several times asking if Markut could move his car.

13. At about 8:04 a.m., Micic sent a text message to Markut which stated "Move your fucking car."

14. Micic saw Markut on the sidewalk in front of the house between their residences traveling from Markut's residence toward Markut's car as Micic exited his residence through his front door.

15. Markut turned away from Micic after the contact, went to his vehicle, and drove away.

16. Micic did not observe any injury to Markut.

17. Micic called Markut later that day to apologize for the argument.

18. Micic denies shoving or head-butting Markut, or intending any physical contact with or harm to him, on the morning of December 11, 2015.

19. Parties will stipulate to the authenticity and admissibility of Plaintiff's Exhibits A, B, E, F, G, H, I, J, K, and L, however only after foundation as to relevancy from Plaintiff evidencing that said records and/or bills are a result of the incident.

20. Markut did not hit or push Micic.

PARTIES HEREBY STIPULATE TO THE ABOVE FACTS.

    Respectfully Submitted,

    \s\ Anthony J. Peraica
    Anthony J. Peraica

    Respectfully Submitted,

    /s/ Robert P. Groszek
    Attorney for Tomasz Markut

**ANTHONY J. PERAICA & ASSOCIATES, LTD.**
ARDC NO. 6186661
5130 S. ARCHER AVE.
CHICAGO, ILLINOIS 60632
TEL: 773.735.1700
FAX: 773.585.3035
SUPPORT@PERAICA.COM