UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>DRAGAN MICIC,<br><br>                         Debtor. | Chapter 7<br>Bankruptcy No. 19-10717<br>Honorable Judge Jack B. Schmetterer |
| TOMASZ MARKUT,<br><br>                         Plaintiff,<br><br>      v.<br><br>DRAGAN MICIC,<br><br>                         Defendant. | Adversary No. 19-00887 |

## JUDGMENT ORDER

For reasons articulated in the accompanying Memorandum Decision entered concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED THAT:

1. Judgment is entered in favor of Plaintiff Tomasz Markut.
2. Any debt for physical injury requiring medical treatment owed by Defendant Dragan Micic to Plaintiff Tomasz Markut by reason of an encounter between the parties on the street of North Natchez Avenue on December 11, 2015 is nondischargeable.

ENTER:

*[signature]*

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this 20th day of September 2021